450 F.2d 1146
 Charles E. SLAGLE, by next friend, Margaret Slagle,
Plaintiffs-Appellees,
v.
ENGINEERING & EQUIPMENT COMPANY, Defendants, Aetna Casualty
& Surety Company, Intervenor-Appellant.
 No. 71-1975 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 17, 1971.
 
 Warner R. Wilson, Jr., Skinner, Wilson & Beals, Atlanta, Ga., for intervenor-appellant.
 Taylor W. Jones, Mitchell, Pate & Anderson, Atlanta, Ga., for plaintiffs-appellees.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966